No. 72–6197. SHOEMAKER *v.* DWYER ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 70–42. ROSEN *v.* LOUISIANA STATE BOARD OF MEDICAL EXAMINERS. Appeal from D. C. E. D. La. Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade,* 410 U. S. 113 (1973), and *Doe* v. *Bolton,* 410 U. S. 179 (1973).

No. 71–939. JOINER ET AL. *v.* CITY OF DALLAS, TEXAS, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mitchum* v. *Foster,* 407 U. S. 225 (1972); *Lynch* v. *Household Finance Corp.,* 405 U. S. 538 (1972); and *Younger* v. *Harris,* 401 U. S. 37 (1971).

No. 72–6241. WEBB *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* granted. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari granted. Upon representation of the Solicitor General as set forth in his memorandum for the United States filed April 24, 1973, judgment vacated and case remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of the position presently asserted by the Government.